JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORTON, | Case No. 5:15-cv-02624-R-DTB |
|     Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|     vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; ASSURITY LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | Judge:  Honorable Manuel L. Real |
|     Defendant. | |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:15-cv-02624-R-DTB, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated:  January 15, 2016

_____
Hon. Manuel L. Real
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

147523.1

Case No.  5:15-cv-02624-R-DTB
[PROPOSED] ORDER GRANTING STIPULATION
TO DISMISS ENTIRE ACTION WITH PREJUDICE